# UNITED STATES DISTRICT COURT

# NORTHERN OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE A. MANUEL-CARTER | ) | Case No.: 4:21-cv-09932-HSG |
| Plaintiff, | ) ) | ORDER EXTENDING BRIEFING SCHEDULE (as modified) |
| v. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | ) ) | |
| Defendant. | ) ) ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include October 24, 2022, in which to file Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the December 23, 2021 Case Management Order shall be extended accordingly.  IT IS SO ORDERED.

DATE:  10/6/2022

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-1-