STEPHANIE HINDS (CSBN 154284)
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. MANUEL-CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>    Defendant. | No. 4:21-cv-09932-HSG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER **(as modified)** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1

| | | |
|---|---|---|
| 1 | DATE: November 10, 2022 | Respectfully submitted, |
| 2 | | Law Offices of Lawrence D. Rohlfing |
| 3 | | BY:   *s/ Laura E. Krank\** |
| 4 | | Laura E. Krank |
| | | Law Offices of Lawrence D. Rohlfing |
| 5 | | Attorney for Plaintiff |
| 6 | | (*AS AUTHORIZED BY EMAIL) |
| 7 | | Respectfully submitted, |
| 8 | | STEPHANIE HINDS |
| 9 | | United States Attorney |
| 10 | DATE: November 10, 2022 | By  *s/ Oscar Gonzalez de Llano* |
| 11 | | OSCAR GONZALEZ DE LLANO |
| | | Special Assistant United States Attorney |
| 12 | | Attorneys for Defendant |

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Social Security Administration for further proceedings by the Commissioner consistent with the terms of the Stipulation to Remand. The Clerk is directed to close this case.

DATED:  11/14/2022

_____
The Hon. Haywood S. Gilliam, Jr.
United States District Judge