**UNITED STATES DISTRICT COURT**

**UNITED STATES DISTRIT COURT NORTHERN DISTRICT**

| | |
|---|---|
| MICHELLE A. MANUEL-CARTER, | Case No.: 4:21-cv-09932-HSG |
| Plaintiff, | ORDER ON MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B) |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant | |

The Court hereby awards to Law Offices of Lawrence D. Rohlfing, Inc., CPC attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $22,300.00. The Court orders Law Offices of Lawrence D. Rohlfing, Inc., CPC to reimburse Michelle A. Manuel-Carter the amount of $8,300.00 for EAJA fees received.

DATE:  March 25, 2024

HAYWOOD S. GILLIAM JR.
United States District Judge

-1-